STATE, RESPONDENT, v. ANDERSON ET AL., APPELLANTS.

(No. 2,415.)

(Submitted April 9, 1907. Decided April 20, 1907.)

(89 Pac. 831.)

(For syllabus, see paragraphs 3 and 4 of syllabus in *State* v. *Sloan, ante,* p. 367.)

*Appeal from District Court Gallatin County; W. R. C. Stewart, Judge.*

HARRY ANDERSON and James Smith, convicted of assault in the second degree, appeal from the judgment. Reversed and remanded.

*Mr. J. L. Staats,* for Appellants.

*Mr. Albert J. Galen,* Attorney General, and *Mr. W. H. Poorman,* Assistant Attorney General, for Respondent.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

The defendants were convicted of assault in the second degree and were sentenced to a term in the state prison. They have appealed, and rely for a reversal of the judgment upon alleged error in paragraph 3 of the charge to the jury. This paragraph is substantially identical with paragraph 4 of the charge given in *State* v. *Sloan* (just decided), *ante,* p. 367, 89 Pac. 829. What is said there and in the case of *State* v. *Allen,* 34 Mont. 403, 87 Pac. 177, is conclusive of this case, and for the reasons there stated, the judgment is reversed and the cause remanded for a new trial.

*Reversed and remanded.*

MR. JUSTICE HOLLOWAY and MR. JUSTICE SMITH concur.